# EXHIBIT B





| Rev. No. | Revision Date | Drawn By | Description of Revision |
|---|---|---|---|
| 0 | 7-15-10 | DAS | MFR161 |

| | | |
|---|---|---|
| TITLE | MFR161 | |
| DWG NO. / FILE NO. | MFR161 | SCALE 3"=1'-0" |
| DRAWN BY DAS | DATE 7-15-10 | APPR. BY JEB | DATE 7-15-10 |
| REVISION NO. XXXX | REVISION DATE MM/DD/YY | APPR. BY XXXX | APPR. DATE MM/DD/YY |

ATAS INTERNATIONAL, INC.
Allentown PA
610-395-8445
Mesa AZ
480-558-7210