# EXHIBIT C







| | ATAS INTERNATIONAL, INC. Allentown PA 610-395-8445 Mesa AZ 480-558-7210 | | | | | |
|---|---|---|---|---|---|---|
| TITLE | MFR161 | | | | | |
| DWG NO. / FILE NO. | MFR161 | | | | SCALE | 3"=1'-0" |
| DRAWN BY | DAS | DATE | 7-15-10 | APPR. BY | JEB | DATE | 7-15-10 |
| REVISION NO. | XXXX | REVISION DATE | MM/DD/YY | APPR. BY | XXXX | APPR. DATE | MM/DD/YY |

| Rev. No. | Revision Date | Drawn By | Description of Revision |
|---|---|---|---|
| 0 | 7-15-10 | DAS | MFR161 |