IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CENTRIA,<br><br>Plaintiff and Counterclaim-Defendant;<br><br>v.<br><br>ATAS INTERNATIONAL, INC.,<br><br>Defendant and Counterclaim-Plaintiff. | Civil Action No. 2:13-cv-00309-NBF<br><br>JUDGE FISCHER |

### [PROPOSED] ORDER GRANTING JOINT MOTION TO STAY PENDING *INTER PARTES* REVIEW OF THE PATENT IN SUIT

AND NOW, this __16th__ day of __May__, 2013, upon the parties' JOINT MOTION TO STAY PENDING *INTER PARTES* REVIEW OF THE PATENT IN SUIT [Document No. __17__], it is hereby ORDERED that the Motion is GRANTED. The above-captioned case is hereby stayed pending the conclusion of proceedings, including any appeals, in Defendant's petition for *inter partes* review of U.S. Patent No. D527,834, Case No. IPR2013-00259 before the United States Patent Trial and Appeal Board.

BY THE COURT:

_____
Nora Barry Fischer
United States District Judge